

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD WEAVER, | ) | Case No.: 1:18-cv-00575-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RONALD WEAVER, CDCR #V-99024 |
| KAYLEEN POWELL, et.al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Ronald Weaver is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on January 18, 2019. Inmate Ronald Weaver, CDCR #V-99024 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 1/18/19

UNITED STATES MAGISTRATE JUDGE

1